# First District Court of Appeal
## State of Florida

_____

No. 1D22-2289
_____

KOENTE MCKNIGHT, L.M.T.,

Petitioner,

v.

STATE DEPARTMENT OF HEALTH,

Respondent.

_____

Petition for Review of Non-Final Agency Action—Original Jurisdiction.

September 21, 2022

PER CURIAM.

The Court denies the petition for review of non-final agency action on the merits.

RAY, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey E. Appel of the Appel Law Group, P.A., Lakeland, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Respondent.